NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 15a0246n.06

FILED
Apr 07, 2015
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JONATHAN ARIAS, | ) | |
| | ) | ON APPEAL FROM THE |
| Plaintiff-Appellant, | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE |
| v. | ) | SOUTHERN DISTRICT OF |
| | ) | OHIO |
| JANET NAPOLITANO, et al., | ) | |
| | ) | M E M O R A N D U M |
| Defendants-Appellees. | ) | O P I N I O N |
| | ) | |

BEFORE: GUY, MOORE, McKEAGUE, Circuit Judges.

PER CURIAM. Plaintiff Jonathan Arias was hired by the United States Border Patrol through the Federal Career Intern Program in 2009. His employment was terminated for deficient performance prior to completion of his two-year probationary period. In this action, Arias alleges that he is of African-American and Hispanic descent and that his termination was motivated by race discrimination. The district court dismissed the action as barred by *res judicata* pursuant to Federal Rule of Civil Procedure 41(a)(1)(B) because Arias had previously voluntarily dismissed an action that was based on the same termination. In fact, Arias had twice before voluntarily dismissed federal court actions that asserted wrongful termination claims stemming from the same occurrence and, in the second action, expressly noted that the dismissal was "with prejudice."

Arias argues on appeal that the earlier dismissals are not entitled to adjudication-on-the-merits effect. His arguments are meritless and are fairly and adequately addressed in the district court's opinion. To issue another opinion reiterating the analysis would be duplicative and is unnecessary. Accordingly, we **AFFIRM** the judgment of dismissal based on the analysis contained in the opinion of the district court.